THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Willie Morrison, Appellant,
v.
State of South Carolina, Respondent.
 
 
 

Appeal From Marlboro County
John M. Milling, Circuit Court Judge

Unpublished Opinion No. 2005-UP-288
Submitted April 1, 2005  Filed April 21, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellant Defender Aileen P. Clare, of Columbia, for Appellant. 
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Christopher L. Newton, all of Columbia, for Respondent. 
 
 
 

PER CURIAM:  Willie Morrison appeals the dismissal of his petition for writ of habeas corpus.  Counsel for Morrison attached to the final brief a petition to be relieved as counsel.  Morrison did not file a separate pro se response.
After a review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues that are arguable on their merits.  Accordingly, we dismiss Morrisons appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
GOOLSBY, HUFF, and STILWELL, JJ., concur.